MICHAEL McDERMOTT, as Executor of JOHN McDERMOTT, Deceased, Respondent, *v.* ANNA McD. BENNETT et al., Appellants, and FIRST NATIONAL BANK AND TRUST COMPANY OF BALDWINSVILLE et al., Respondents.

Argued October 6, 1938; decided October 25, 1938.

*D. Charles O'Brien* for appellants.

*Lawrence Conboy* for plaintiff, respondent.

*Francis Preston* for Florence McDermott, respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Dissenting: CRANE, Ch. J., and RIPPEY, J.